UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| MICHAEL L. MILLER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No. 2:12-cv-414 |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**WITHDRAWAL OF JUDGMENT**

On November 20, 2013, the Court ordered that this case be remanded to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g). [Doc. 14]. The Clerk entered a judgment on that same date. [Doc. 15]. However, in a sentence-six remand, judgment is not to be entered until after postremand agency proceedings have been completed and their results filed with the court.

Accordingly, the judgment entered in this case is hereby **WITHDRAWN**.

                                                      s/Debra C. Poplin
                                                      Clerk of Court