UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENVILLE

| | |
|---|---|
| MICHAEL L. MILLER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 2:12-cv-414 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

On April 30, 2015, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Plaintiff's Motion for EAJA attorney's fees under the Equal Access to Justice Act be granted, and that Plaintiff be awarded attorney's fees in the amount of $3,733.25. (*Id.*).

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation. The Court has reviewed the Report and Recommendation, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The parties' Joint Motion to Reopen and Dismiss Case (Doc. 17) is **GRANTED;**

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Attorney Fees (Doc. 18) is **GRANTED**;

- Plaintiff is hereby awarded attorney's fees in the amount of **$3,733.25.**

**SO ORDERED** this 2nd day of October, 2015.

                                                             */s/ Harry S. Mattice, Jr.*
                                                          HARRY S. MATTICE, JR.
                                                    UNITED STATES DISTRICT JUDGE